# UNITED STATES DISTRICT COURT

### District of Kansas

(Kansas City Docket)

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

AARON KOLSTER,

        Defendant.

**SEALED**

CASE NO. 22-20061-HLT-TJJ

Filed Under Seal

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

### POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(viii)]

On or about March 1, 2019, in the District of Kansas, the defendant,

**AARON KOLSTER**,

knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT 2
### POSSESSION OF A FIREARM
### IN FURTHERANCE OF DRUG TRAFFICKING
### [18 U.S.C. § 924(c)]

On or about March 1, 2019, in the District of Kansas, the defendant,

### AARON KOLSTER,

knowingly possessed an Anderson Manufacturing, model AM-15, multi caliber rifle, with serial number 14161181, and a Glock model 22 .40 caliber pistol with serial number BMG658US, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute 50 grams or more of methamphetamine as charged in Count 1.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 3
### FELON IN POSSESSION OF A FIREARM
### [18 U.S.C. § 922(g)]

On or about March 1, 2019, in the District of Kansas, the defendant,

### AARON KOLSTER,

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: in 2013, Felon in Possession of a Firearm, in the United States District Court for the Western District of Missouri, Case No. 4:13-cr-00408-RK-5; knowingly possessed an Anderson Manufacturing, model AM-15, multi caliber rifle, with serial number 14161181, and a Glock model 22 .40 caliber pistol with serial number BMG658US, both firearms, in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

2

## FORFEITURE NOTICE

1.      The allegations contained in Count 1-3 of this Indictment are hereby

rearged and incorporated by reference for the purpose of alleging forfeiture pursuant to

Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d),

and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of one or more of the offenses set forth in Counts 1-3 of

this Indictment, the defendant shall forfeit to the United States pursuant to Title 18,

United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c),

any firearms or ammunition involved in the commission of the offense, including, but not

limited to:

      A.      Anderson Manufacturing, model AM-15, Multi caliber rifle, with
            serial number 14161181;
      B.      Glock model 22 .40 caliber pistol with serial number BMG658US;
            and
      C.      Any accompanying ammunition.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United

States Code, Section 2461(c).

3.      Upon conviction of the offense set forth in Count 1 of this Indictment, the

defendant shall forfeit to the United States pursuant to Title 21, United States Code,

Section 853, any property constituting or derived from any proceeds obtained, directly or

indirectly, as the result of such offense and any property used or intended to be used, in

any manner or part, to commit or to facilitate the commission of the offenses, including

but not limited to:

      A.     Anderson Manufacturing, model AM-15, Multi caliber rifle, with serial number 14161181;

      B.     Glock model 22 .40 caliber pistol with serial number BMG658US;

      C.     Any accompanying ammunition; and

      D.     A forfeiture money judgment against the defendant in an amount equal to the amount of gross proceeds obtained or derived by that defendant from the commission of Count 1.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

November 16, 2022                           s/Foreperson
DATE                                        FOREPERSON OF THE GRAND JURY

DUSTON J. SLINKARD
UNITED STATES ATTORNEY

By: /s/ Michelle McFarlane
MICHELLE MCFARLANE
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas  66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: michelle.mcfarlane@usdoj.gov
Ks. S. Ct. No. 26824

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

## PENALTIES

## Count 1 [21 U.S.C. § 841(b)(1)(A)]

- Punishable by a term of imprisonment of not less than ten (10) years and no more than life. 21 U.S.C. § 841(b)(1)(A).

- A term of supervised release of at least five (5) years. 21 U.S.C. § 841(b)(1)(A).

- A fine not to exceed $10 million. 21 U.S.C. § 841(b)(1)(A).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

If the defendant commits such a violation after a prior conviction for a serious drug felony or serious violent felony has become final, the penalties are:

- A term of imprisonment of not less than fifteen (15) years and no more than life. 21 U.S.C. § 841(b)(1)(A).

- A term of supervised release of at least ten (10) years. 21 U.S.C. § 841(b)(1)(A).

- A fine not to exceed $20 million. 21 U.S.C. § 841(b)(1)(B).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

If the defendant commits such a violation after two prior convictions for a serious drug felony or a serious violent felony has become final, the penalties are:

- A term of imprisonment of not less than twenty-five (25) years and no more than life. 21 U.S.C. § 841(b)(1)(A).

- A term of supervised release of at least ten (10) years. 21 U.S.C. § 841(b)(1)(A).

- A fine not to exceed $20 million. 21 U.S.C. § 841(b)(1)(B).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

## Count 2 [18 U.S.C. § 924(c)]

- Punishable by a term of imprisonment of not less than five (5) years and no more than life. 18 U.S.C. § 924(c)(1)(A)(i). This term of imprisonment runs consecutive to any other term of imprisonment imposed on the defendant. 18 U.S.C. § 924(c)(1)(D)(ii). If the defendant has a prior conviction for a violation of § 924(c)(1)(A), the instant offense is punishable by a term of imprisonment of not less than twenty-five (25) years and not more than life. 18 U.S.C. § 924(c)(1)(C)(i).

- A term of supervised release of not more than five (5) years. 18 U.S.C. § 3583(b)(1).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.


## Count 3 [18 U.S.C. § 922(g)]

- Punishable by a term of imprisonment of not more than ten (10) years. 18 U.S.C. § 924(a)(2).

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.